UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LOK T. LAU,

            Plaintiff,            CIV. S-04-2351 WBS PAN PS

      v.

ANTONIO V. SILVA, ANTONIO V.          ORDER
SILVA P.C., PATRICIA TSUBOKAWA
REEVES, AND REEVES & ASHLEY,

            Defendants.

—oOo—

On February 23, 2005, this court granted plaintiff's request to enlarge time until April 22 to respond to defendants' motions to dismiss. The court granted the request upon the grounds plaintiff is representing himself, is not legally trained and is hindered by physical and psychological disabilities. Fed. R. Civ. P. 6(b)(1); E. D. Cal. L. R. 78-230(c).

On April 18, plaintiff filed a second request for enlargement of time on the grounds that his health has further

declined and he has decided to seek but been unable to obtain legal representation.

Plaintiff has submitted an April 16, 2005, letter from his psychiatrist, who states he has treated plaintiff, a former FBI special agent, for four years for major depression and post-traumatic stress disorder; that plaintiff "is now so debilitated by his psychiatric disorder that he has trouble finding his way around the area where he lives;" that plaintiff's attempt to represent himself and failure to yet obtain representation "aggravates the stress he is under and produces exacerbation of his symptomology."

Plaintiff has also submitted a March 8, 2005, letter from attorney Greg Meyer, whom plaintiff states provided the only written response declining representation out of the half dozen law firms contacted by plaintiff.  The letter provides advice on statutes of limitations and other sources of legal representation.

The court again finds good cause to extend the time within which plaintiff must respond to defendants' motions to dismiss.  Fed. R. Civ. P. 6(b)(1).  The court accords plaintiff an additional 60 days within which to respond, or by Tuesday, June 21, 2005; defendants may file their reply briefs, if any, by July 5.  Should plaintiff fail to respond to the pending motions

///

///

///

on or before June 21, this court may recommend this action be dismissed.

So ordered.

Dated:  April 26, 2005.

>       /s/ Peter A. Nowinski
> PETER A. NOWINSKI
> Magistrate Judge