UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LOK T. LAU,

        Plaintiff,                   CIV. S-04-2351 WBS PAN PS

    v.

ANTONIO V. SILVA et al.,                ORDER

        Defendants.

-o0o-

    Plaintiff requests enlargement of time to respond to defendants' motion to compel arbitration and motion to dismiss, both scheduled for hearing November 9, 2005.  Plaintiff states he has been out of the country for the past three weeks visiting his ailing mother in Singapore, resulting in loss of time as well as decline in his own health.

    The court finds good cause to enlarge the time within which plaintiff must respond to defendants' motions.  Fed. R. Civ. P. 6(b)(1).  Plaintiff shall file his opposition to both motions on

or before December 9, 2005; defendants may file their reply briefs, if any, by December 23, 2005.

The hearing on defendant's motions is vacated and the motions submitted for decision on the papers.  Should the court determine oral argument would be helpful, the matter will be rescheduled for hearing at a time convenient to the parties.

So ordered.

Dated:   November 7, 2005.

/s/ Peter A. Nowinski
Peter A. Nowinski
Magistrate Judge