IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOK T. LAU,

       Plaintiff,                     CIV-S-04-2351 WBS EFB PS

      vs.

ANTONIO V. SILVA, P.C.,
Attorney at Law,

       Defendant.                ORDER

_____/

        On August 17, 2006, the magistrate judge issued findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Defendants Antonio V. Silva, P.C. and Antonio V. Silva have filed objections on August 28, 2006, which have been considered by the undersigned district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Defendants' objections relate solely to the magistrate judge's recommendation to deny their motion to dismiss counts one and two of the Amended Complaint. On a motion to dismiss under Rule 12(b)(6), the court must construe the allegations of the complaint in the light most favorable to the plaintiff, and may not dismiss the complaint unless it appears beyond doubt that plaintiff could prove no set of facts which would entitle him to relief. Cervantes v. City of San Diego, 5 F.3d 1273, 1274-75 (9th Cir. 1993). Defendants' arguments, relating to whether plaintiff will be able to prove that his employment discrimination suit would have been successful but for the alleged negligence of defendants, are more properly presented by way of summary judgment or at the time of trial. They are insufficient to justify dismissal under Rule 12(b)(6), particularly in light of the pro se status of the plaintiff. See Haines v. Kerner, 404 U.S. 519, 520-21 (1972).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed August 17, 2006, are ADOPTED;

2. Defendants' October 4, 2005 motion to compel arbitration and to stay this action is denied; and

3. Defendants' October 4, 2005 motion to dismiss is denied.

DATED: September 8, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE