IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOK T. LAU,

        Plaintiff,                      No. CIV S-04-2351 WBS EFB PS

    vs.

ANTONIO V. SILVA, P.C.,
Attorney at Law,

        Defendant.              <u>ORDER</u>

        Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

DATED: September 25, 2006.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE