IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOK T. LAU,

      Plaintiff,                        No. CIV S-04-2351 WBS DAD

     v.

ANTONIO V. SILVA,

      Defendant.                  <u>ORDER</u>

_____/

      This action was assigned to United States District Judge William B. Shubb and, pursuant to Local Rule 72-302(c)(21), was referred to Magistrate Judge Dale A. Drozd. However, plaintiff and defendant are now both represented by counsel. In accordance with Local Rule 72-302(c)(21), this matter shall be referred back to the assigned District Judge. The Status (Pretrial Scheduling) Order issued on November 9, 2006, remains in effect as to all dates and provisions except that motions other than discovery motions shall be noticed for hearing before United States District

/////

/////

/////

/////

/////

1

1   Judge William B. Shubb. All documents filed in the future in this matter shall display the case number
2   CIV S-04-2351 WBS DAD, without the "PS" designation.
3               IT IS SO ORDERED.
4   DATED: April 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
DDad1/orders.prose/lau2351.referDJ