IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOK T. LAU,

    Plaintiff,                    No. CIV S-04-2351 WBS DAD

    v.

ANTHONY V. SILVA,                <u>ORDER</u>

    Defendant.

_____/

        This matter came before the court on May 4, 2007, for hearing of plaintiff's motion for modification of the scheduling order to reopen plaintiff's time to designate expert witnesses in order to designate an additional expert witness. Plaintiff's motion was heard pursuant to this court's order granting plaintiff's application for order shortening time. Attorney Daniel M. Karalash appeared on behalf of plaintiff, who was also present in court. Attorney Joseph L. Hood Jr. appeared telephonically for defendant. Upon being apprised of the defendant's medical condition, the undersigned took plaintiff's motion under submission in order to confer with the district judge assigned to this case with respect to scheduling issues raised by the pending motion and the recently received medical information.

        Good cause appearing and due the changed circumstances arising from defendant's medical condition, the undersigned will grant plaintiff's motion, vacate dates, and set a status

1  conference for the purpose of further scheduling.  See Fed. R. Civ. P. 16(f); Johnson v. Mammoth

2  Recreations, Inc., 975 F.2d 604, 607-08 (9th Cir. 1992).

3      Accordingly, IT IS HEREBY ORDERED that:

4      1.  Plaintiff's April 25, 2007 motion to modify the November 9, 2006 scheduling order

5  to extend plaintiff's time for expert witness disclosure is granted;

6      2.  Plaintiff's designation filed prematurely on May 4, 2007, prior to the court's ruling

7  on plaintiff's motion, will be disregarded;

8      3.  Plaintiff's time to designate expert witnesses is reopened;

9      4.  Within three court days after this order is served, plaintiff shall file a supplemental

10  designation of expert witnesses to designate Gary Gorski as an expert witness on legal malpractice;

11      5.  Plaintiff shall provide defendant with a report by the newly designated expert witness

12  within 10 court days after filing the supplemental designation authorized by this order;

13      6.  All pending deadlines are vacated, including pretrial conference and jury trial set for

14  September 24, 2007 and October 23, 2007, respectively, before the Honorable William B. Shubb;

15      7.  A further Status (Pretrial Scheduling) Conference is set for May 25, 2007, at 11:00

16  a.m., in Courtroom No. 27, before the undersigned;

17      8.  Parties shall file a joint status conference report by May 22, 2007, addressing their

18  proposal(s) for scheduling the case in light of the then-current circumstances; and

19      9.  Parties shall appear at the further Status (Pretrial Scheduling) Conference by counsel,

20  who shall appear telephonically.  To arrange telephonic appearance, each party shall contact Pete Buzo,

21  the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 not later than 4:00 p.m.

22  on May 23, 2007.

23  DATED: May 7, 2007.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1/orders.prose/lau2351.ossc.2