UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LOK T. LAU, | NO. CIV. 2:04-2351 WBS DAD |
| Plaintiff, | |
| v. | ORDER REMOVING CASE FROM ACTIVE CASELOAD UPON AUTOMATIC STAY OF ACTION |
| ANTONIO V. SILVA, et al., | |
| Defendants. | |

----oo0oo----

Pursuant to the Notice of Filing Bankruptcy as to defendant Antonio V. Silva filed on February 14, 2008 (Docket No. 100), and this Court's Minute Order filed February 14, 2008 vacating all pending dates pursuant to said Notice (Docket No. 101), this action has been stayed. The Clerk of Court is, therefore, instructed to administratively close this case, to be reopened upon the parties' notification to the Court of the termination of the bankruptcy action or relief from the automatic stay and order of this court.

///

///

1

1  DATED:   October 13, 2011

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE